# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 29, 2015

## NO. 03-15-00274-CV

**E. T. and T. T., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order of termination signed by the trial court on April 13, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order of termination. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.